UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GODSEY, TONY O. | : | Bankruptcy Case |
| GODSEY, ESTHER D | : | No. 11-32867-KRH |
| | : | |
| **Debtors** | : | |
| | : | |
| Address:    2800 ADKINS ROAD | : | |
| PROVIDENCE FORGE, VA  23140 | : | |
| | : | |
| Last four digits of Social Security or Individual Taxpayer Identification (ITIN) No(s)., (if any): 3157 & 8680 | : | |
| | : | |
| | : | |
| | : | |

OBJECTION TO CLAIM NO. 000014
NOTICE OF OBJECTION TO CLAIM

Bruce H. Matson, Trustee, hereby objects to Claim No. 000014 in the amount of $767.46 in this Bankruptcy case on the following grounds:

| Claim Filed As | Claim No. | Claimant | Notes |
|---|---|---|---|
| SECURED | 000014 | Charles City County RE Taxes<br>10780 Courthouse Road<br>P.O. Box 7<br>Charles City, VA 23030-0000 | CLAIM IS SECURED BY PROPERTY NOT ADMINISTERED BY TRUSTEE. |

The Trustee recommends that claim no. 000014 be disallowed for purposes of distribution, or allowed in the amount and status as above stated.

<u>YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED</u>.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.

If you do not want the Court to eliminate or change your claim, then on or before December 23, 2011, you or your attorney must:

File with the Court, and serve a copy on the Trustee at the address shown below, a **written** response to this objection and a request for a hearing. **Unless a written response is filed and served by the date above specified, the Court may decide that you do not oppose this objection to your claim, and the objection will be sustained and your claim will be disallowed.** If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date specified above.

| Court | Trustee |
|---|---|
| U.S. Bankruptcy Court | Bruce H. Matson |
| William C. Redden, Clerk | Riverfront Plaza, East Tower |
| 701 East Broad Street, Suite 4000 | 951 East Byrd Street |
| Richmond, VA 23219 | Richmond, VA  23218 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim, and take the above stated action.

Date: November 23, 2011 /s/ Bruce H. Matson
Bruce H. Matson, Trustee

Trustee:
Bruce H. Matson (Va. Bar No. 22874)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23218
(804) 783-2003

**Certificate of Service**

    I certify that on November 23, 2011 a true copy of the foregoing was electronically served or mailed first class, postage prepaid, to the following:

/s/ Bruce H. Matson
Bruce H. Matson

Robert B. Vanarsdale
701 East Broad Street, Suite 4304
Richmond, VA 23219

Charles City County RE Taxes
10780 Courthouse Road
P.O. Box 7
Charles City, VA 23030-0000